UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D. ASLANI,

    Plaintiff,

v.

SPARROW HEALTH SYSTEM, ET AL.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-298

## ORDER VACATING PREVIOUS ORDER

On November 4, 2009, a non-document order entered that referred Plaintiff's Motion for Reconsideration for an Order Both the Lansing Police Defendants and the Defendant City of Lansing (Dkt. #135) to United States Magistrate Judge Ellen S. Carmody for determination pursuant to 28 U.S.C. § 636(b)(1)(A). That order was entered in error. Accordingly,

**IT IS HEREBY ORDERED** that the non-document order entered on November 4, 2009 referring Plaintiff's Motion for Reconsideration for an Order Both the Lansing Police Defendants and the Defendant City of Lansing (Dkt. #135) to United States Magistrate Judge Ellen S. Carmody for determination pursuant to 28 U.S.C. § 636(b)(1)(A) is **VACATED**.

Date: May 3, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge