All other pending motions are **DENIED without prejudice as moot**:

- **Doc #135**, Plaintiff's motion regarding non-default of the City of Lansing *et al.*
- **Doc #224 and Doc #269,** Plaintiff's motions for medical stay & discovery extension
- **Doc #255,** Defendant City of Lansing's 2nd motion for summary judgment
- **Doc #273,** the motion for summary judgment of defendants Sparrow Health System, Hankamd, Swan, Liebelt, Latunski, and Engler
- **Doc #278,** the motion for summary judgment of defendant Joseph Michael Becker

The complaint is not dismissed as to the following individuals whom the complaint names as Defendants but who have not yet been served: Ed Lewis and Dr. James Cagle.

**IT IS SO ORDERED this   16th  day of July 2010.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge