UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID ASLANI, | Case No. 1:08-CV-298 |
| Plaintiff, | |
| | HONORABLE PAUL L. MALONEY |
| v. | |
| ED LEWIS, individually and as bus driver of Greyhound Lines, Inc., *et al.*, | |
| Defendant. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of each and every defendant, and against the plaintiff.

**IT IS SO ORDERED** on this  3rd day of November 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge